# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISRRICT OF GEORGIA

### BRUNSWICK DIVISION

| | | |
|---|---|---|
| LISA WRAY ANDERSON, | * | |
| As best friend of | * | |
| JJW, a Minor Child, | * | |
| | * | CASE NO. _____ |
| -VS- | * | |
| | * | **1. VIOLATION OF THE 14Th** |
| GLYNN COUNTY SCHOOL DISTRICT, | * | **AMENDMENT TO THE UNITED** |
| MARCUS EDGY, AUDREY GIBBONS, | * | **STATES CONSTITUTION,** |
| MIKE HULSEY, JOHN MADALA, | * | **2. DECLARATORY AND** |
| JERRY MANCIL, EADDY SAMS, and | * | **INJUNCTIVE RELIEF UNDER** |
| DR. HANK YEARGAN, all Members of | * | **42 U.S.C. § 1983 FOR** |
| of the Glynn County Board of Education; | * | **VIOLATION OF THE 14TH** |
| DR. SCOTT SPENCE, Superintendent, | * | **AMENDMENT TO THE** |
| Glynn County School District; | * | **UNITED STATES CONSTITUTION** |
| MATTHEW BLACKSTONE, Principal | * | |
| Glynn Academy High School; DARREN | * | **JURY TRIAL DEMANDED** |
| LANDINGUIN, Assistant Principal, | * | |
| Glynn Academy High, School; and Lt. | * | |
| ASHLEY WILLIAMS, School Resource | * | |
| Officer, Glynn Academy High School; all | * | |
| in their, Official and Individual capacities, | * | |
| | * | |
| Defendants. | * | |

## <u>COMPLAINT</u>

For a Complaint against Defendants GLYNN COUNTY SCHOOL DISTRICT, MARCUS

EDGY, AUDREY GIBBONS, MIKE HULSEY, JOHN MALADA, JERRY MANCIL, EADDY

SAMS, and DR. HANK YEARGAN, all members of the Glynn County Board of Education, (The

"Board"), DR. SCOTT SPENCE, Superintendent ("Spence"), MATTHEW BLACKSTONE,

1

Principal at Glynn Academy High School, DARREN LANDINGUIN, Assistant Principal at Glynn Academy High School, and LT. ASHLEY WILLIAMS, School Resource Officer ("Williams"), inclusive (collectively "Defendants"), in their individual and official capacities, Plaintiff LISA WRAY ANDERSON ("Anderson,") on behalf of JJW, alleges as follows:

## I. <u>JURISDICTION AND VENUE</u>

1.      The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1343 based on questions of federal statutory and constitutional law, and under the Declaratory Judgment Act, 28 U.S.C. §§ 2201(a) and 2202.

2.      The GLYNN COUNTY SCHOOL DISTRICT is a public school district in Glynn County, Georgia, based in Brunswick, Georgia, and can be served with process by serving its Superintendent, Dr. Scott Spence, at 5505 Altama Avenue, Brunswick, Georgia 31525. The remaining Defendants are individuals who can be served with process at their place of employment in Brunswick, Georgia.

3      Venue is proper in the Southern District of Georgia pursuant to 28 U.S.C. §1391(b) because all of the Defendants reside and can be found in this District. All of the acts and events giving rise to the claims occurred here. Venue is proper specifically in the Brunswick Division of this District because all of the Defendants reside or are located within the Brunswick Division and all of the claims arose in the Brunswick Division. 28 U.S.C. § 90(c)(5).

## II. <u>SUMMARY OF THE COMPLAINT</u>

2

4.     After reversing the findings of the student Tribunal Hearing finding JJW guilty of conduct that could have allegedly resulted in a felony charge, Superintendent of the Glynn County Schools, Defendant SCOTT SPENCE, imposed a ban against JJW prohibiting him from enrolling in the Glynn County Schools for the remainder of his academic eligibility because he was briefly present at the scene of a teenage gathering where a young adult, TRENT LEHRKAMP, who was "passed out drunk" and alleged to be the victim of mistreatment by others present.  Although JJW appeared in a picture at the event posted on social media, he was not involved in any mistreatment of LEHRKAMP. JJW left the gathering after a short period of time and returned to his home. Once they observed the urgency of the situation, others present transported the drunken youth, LEHRKAMP,  to the emergency room at the Brunswick Hospital where he received emergency medical treatment and was admitted to the hospital for further care and observation.  Shortly afterward, the photo of this event was posted on social media along with a video from an earlier event at this same residence together with grossly inaccurate accusations of mistreatment of LEHRKAMP.  Also posted was a list of the names of Glynn Academy students, including JJW, purported to have been present and participated in the alleged mistreatment of LEHRKAMP or stood by and did nothing to prevent it.  The list included names of students who were not present at the residence and also did not include the names of every student who was there.  The list also contained names of the students' parents and their business connections.  These and follow-on postings, filled with grossly inaccurate misinformation, caused social media to go viral and created public outrage resulting in a vigilante posse mob determined to convict the students of

crimes that were not committed. Law enforcement investigation of the incident determined that JJW was not involved in any mistreatment of LEHRKAMP and completely exonerated him. The investigation determined that JJW had committed no crime and that he would not be charged with any offense. In spite of this, Defendant SCOTT SPENCE continues to refuse enrollment in regular classes for JJW's 10th year of high school at Glynn Academy High School and in fact has banned him from enrolling in the Glynn County Schools, including alternative school, for the remainder of his academic eligibility.

### III. GENERAL ALLEGATIONS

#### A. THE PARTIES

5.    Plaintiff JJW is now, and at all relevant times has been a citizen and resident of Glynn County, Georgia. He has attended school in the Glynn County Schools from kindergarten through the 9th grade. At all times relevant he has been a student in good standing. JJW has no serious disciplinary problems in the school system. He has participated in and supported activities within the school system. At the time of this incident, he was a member of the Glynn Academy basketball team.

6.    The GLYNN COUNTY SCHOOL DISTRICT (GCSD) is a public school district in Glynn County, Georgia, based in Brunswick, Georgia.

7.    MARCUS EDGY, AUDREY GIBBONS, MIKE HULSEY, JOHN MADALA, JERRY MANCIL, EADDY SAMS, and DR. HANK YEARGAN, at all times relevant, are or were all duly elected members of the Glynn County School Board.

4

8.    DR. SCOTT SPENCE, at all times relevant, is or was  the Superintendent of the Glynn County Schools.  He was appointed Superintendent of the Glynn County Schools in July 2020.

9.    MATTHEW BLACKSTONE, at all times relevant, is or was Principal of Glynn Academy High School.

10.    DARREN LANDINGUIN, at all times relevant, is or was the Assistant Principal of Glynn Academy High School.

11.    LT. ASHLEY WILLIAMS is a School Resource Officer at Glynn Academy High School.  LT. WILLIAMS is a sworn law enforcement officer assigned to duty at Glynn Academy as a law enforcement officer, a law-related counselor and a law-related educator.

**B.  <u>FACTUAL BACKGROUND</u>**

12. CARLTON and LAUREN STROTHER reside on St. Simons Island together with their minor son JS, who in March 2023 was a student at Glynn Academy High School.  The lower level of their home was used by JS to entertain his friends and fellow students.  On March 17, 2023, a small group of Glynn Academy High School students, minor children, gathered at the nearby home of TS on St. Simons Island.  The group decided to walk to the STROTHER home and socialize with  JS. Among those present was TRENTON LEHRKAMP, an adult recent graduate of Glynn Academy.  During the evening LEHRKAMP engaged in an egg fight with RM, one of the minor students present.  Following the egg battle, both LEHRKAMP and RM asked to be hosed down to wash the egg debris from their bodies and clothing. Both were hosed down.  ME,

5

one of the minor students present made a video of LEHRKAMP sitting in a chair and being hosed down.  Two female minor students, LG and BL[1] were nearby engaged in conversation and appear in the background of the video. LEHRKAMP was intoxicated. Out of concern for his safety, the small group from the residence of TS walked LEHRKAMP to his nearby home before returning to the home of TS.  JJW was not present at this event.

13.    On March 21, 2023, a group of Glynn Academy High School students, minor children, gathered at the home of JS, the minor child of CARLTON and LAUREN STROTHER, on St. Simons Island.  Glynn Academy student EDWARD ROOKER HOBBY,  age 17 was present as was TRENTON LEHRKAMP, an adult graduate of Glynn Academy.  JJW, who was a long-time friend of JS and a frequent visitor at the home, went to the home for a short time on the evening of March 21, 2023.   Upon his arrival at the home, JJW observed that TRENT LEHRKAMP appeared to be passed-out drunk.  LEHRKAMP began to foam at the mouth. In fear that he might choke on his own vomit, LEHRKAMP was moved to a chair in an upright position.  Tape was placed across his forehead to hold his head up and keep him from choking on his own vomit.  When LEHRKAMP began to vomit, HOBBY removed the tape from his forehead and held LEHRKAMP forward while one of the others held a trashcan to catch his vomit.  One of those present began "decorating" LEHRKAMP by spraying him with paint, but  others present

---

[1] Following this incident and in view of the widespread misinformation posted on social media, LG and BL did not attend school.  Defendant BLACKSTONE telephoned BL's home and informed her grandparent that was OK for BL to return to school. BL returned to school at Glynn Academy, completed the 10th and 11th years, is currently enrolled expecting to graduate from high school this year.  No such phone call was made to the home of LG.  She was ostracized by many of her fellow students.   Threats were made to her. She was required to resign from her high school sorority. Defendant BLACKSTONE did nothing to ameliorate the ill will toward LG.

stopped this.  JJW did not participate in any of this activity. After a short period of time he left and returned to his home.  While at the STROTHER home, JJW posed for a picture standing behind LEHRKAMP along with  HOBBY, JS and RM. Those who remained at the home became concerned about LEHRKAMP's condition. EDWARD ROOKER HOBBY, a young adult, and four other Glynn Academy High School students, JS, TH, BL  and JL, all of whom were minors, transported LEHRKAMP to the Brunswick Hospital Emergency Room.  HOBBY and some of the minors who transported LEHRKAMP to the hospital went inside the emergency room and got medical personnel to come outside and provide medical care for LEHRKAMP, who was treated in the emergency room and admitted to the hospital for further treatment and observation. Reportedly, LEHRKAMP was barely breathing and had a blood alcohol level of .464, with spray paint on his clothing and soaked in urine.  Prior to departing the hospital, HOBBY and the minor students gave medical personnel their names and contact information.

14.    Sometime later, the photo of LEHRKAMP with the boys posing behind him along with a video of LEHRKAMP sitting in a chair and being hosed down with a garden hose were posted on social media.  These events became known publicly on social media with the pictures and grossly false misinformation.  Social media went viral with these pictures and misinformation creating public outrage.  The misinformation prolonged the law enforcement investigation further causing public outcry for action against those involved.  Public vigils were held.  A "Justice for Trent" movement was created.  A friend of the LEHRKAMP family who resides in Florida created a GoFundMe account for LEHRKAMP which raised some $130,000.  This event was compared

with the recent Ahmaud Arbery murder case.  Aubery's aunt was engaged to organize the public vigils for LEHRKAMP.  Glynn County law enforcement and the district attorney were accused of a coverup.

15.    On March 22, 23 and 24, JJW attended classes at Glynn Academy High School without incident.    At 7:42 am on March 27, 2023, MATTHEW BLACKSTONE, Principal of Glynn Academy High School, telephoned JJW's mother, asking her not to send JJW to school in view of the information posted on social media.  He said a counselor, Mr. Newton [not JJW's regular counselor], would call and work with JJW and his teachers to get class work.  Thereafter JJW did not attend classes; however, neither Mr. Newton nor any other counselor called to work with JJW concerning his school assignments.  JJW was given zeros for his grades on the days he was absent causing his grades to drop.

16.    On March 27, 2023, Brittany Dozier, Glynn County School Board Public Relations Specialist, posted a notice by email using OneCallNow communications system addressed to GCSD Families which read:

> Good morning GCSD Families,
> We are aware of the allegations of an off-campus incident that involved several of our former and current students.  At this time, the Glynn County Police Department is actively investigating this matter, and we are cooperating.  Please know that we take very seriously all concerns regarding the safety and wellbeing of our students, both on and off campus.
> We understand the significant community concern and interest in this situation, and will continue to work diligently to provide an atmosphere where students feel safe and ready to learn.   It is our common practice to follow Georgia Department of Education law, specifically O.C.G.A. 20-2-768 that states "students may be disciplined for conduct off-campus, which could result in the student being criminally charged and which makes the student's continued presence at school a

potential danger to persons or property at the school or which disrupts the educational process."

Parents are encouraged to become familiar with the Code of Conduct and to be supportive of it in their daily communication with their children and others in the community.

As always, we all play an important role in maintaining safe learning environments, so if you see something, say something. Incidents like this have no place in education and will not be tolerated here in Glynn County Schools. If you have any questions or concerns, please let us know.

17. The statement posted by Ms. Dozier is a misstatement of Georgia law. The Official Code of Georgia, O.C.G.A. § 20-2-768. **Expulsion or suspension of Students for Felonies, Alternative Education system, policy –** provides:

(a) **Each local board of Education is authorized to refuse to readmit or enroll any student who has been suspended or expelled for being convicted of, being adjudicated to have committed, being indicted for, or having information filed for the commission of any felony or any delinquent act under code section 15-11-6O2 and 15-11-707 which would be a felony of committed by an adult.** If refused readmission or enrollment, the student or the student's parent or legal guardian has a right to request a hearing pursuant to the provisions provided for any code section 20-2-754. (Emphasis added.)
(b) A hearing officer, tribunal, panel, superintendent, or local board of education shall be authorized to place a student denied enrollment in a local school system under subsection (a) of this code section in an alternative education system as appropriate and in the best interest of the student and the education of other students within our school system.
(c) It is the policy of this state that it is preferable to reassign disruptive students to alternative education settings rather than suspend or expel the student from school. [2]

---

[2] It is clear that O.C.G.A. § 20-2-768 requires that the student be adjudicated to have committed, be indicted for, or having Information filed for the Commission of any felony or any delinquent act under code sections 15-11-6O2 and 15-11-707 which would be a felony if committed by an adult, and not simply for "conduct off-campus, which could result in the student being criminally charged."

18.    On March 30, 2023, Defendant BLACKSTONE placed a notice to the student body

on the school information media stating:

> I am proud to be principal of this amazing institution and all of the wonderful things all of you do daily to make this the most amazing learning environment. While this week has been difficult, we are not defined by the actions of a few. We are defined by the tradition, honor, and excellence of our collective student body. I would like for all of our students and staff to join me this Friday by wearing red to support our school family. We will have counselors on Mansfield with activities to remind everyone that no one stands alone. GOOOOO TERRORS!

Attached to this notice is a page formatted poster that reads:

CLASS OF 2026,
PLEASE WEAR RED
TOMORROW!
LET'S SHOW OUR SUPPORT FOR
EACH OTHER, OUR
COMMUNITY, AND FOR OUR
SCHOOL.
LET'S BE REMINDED…
NO ONE
STANDS ALONE

19.    At 8:40 am on March 31, 2023, the following notice was posted on the GCSD

Facebook page:

**Vague Social Media Post to Schools**
We were made aware this morning that there was a very vague social media posting shared with our students, making threatening claims to schools. No school was named and we believe this post and similar posts are being shared with multiple districts across the state and U.S. Our resource officers are aware of this post and are taking the necessary precautions to safeguard our schools.

Please know that we take all threats seriously and investigate each instance thoroughly. While we do believe these claims are unsubstantiated, rest assured that our school police department will continue to work closely with other law

enforcement agencies to provide a safe learning environment for your child and our school staff.

Our goal is always communicate openly and honestly with you and ask that you do the same. If you have any questions or concerns, please do not hesitate to contact us, your school principal, or SRO. Thanks for all you do to support our students and school system.

20.     At 2:03 pm on March 31, 2023, Principal MATTHEW BLACKSTONE, telephoned JJW 's mother and informed her that JJW was suspended from attending school.  He said:

I have done a complete investigation, and if JJW were an adult, he would be in prison!  He was guilty of a felony for criminal assault.  If you think you can just pull him out of school, it is too late for that, and for example put him in Wayne County, they wouldn't take him and no other school would take him.  They would listen to me and know what a criminal he is!

BLACKSTONE indicated that JJW is permanently expelled from the Glynn County School System, not just for the remainder of the 2023 school year, but forever.  He could ask for a tribunal hearing, but BLACKSTONE strongly suggested that it could get worse if JJW went that route.  Neither BLACKSTONE nor anyone else from the GCSD provided JJW or his mother with any notice of JJW's suspension from attending school.[3]

21.     JJW 's mother requested a tribunal hearing. By letter dated April 6, 2023, she was notified that the hearing was scheduled for 8:30 am on April 18, 2023, at the Glynn County Board of Education Board Room, 5505 Altama Avenue, Brunswick, GA.  The notice stated that the charges against the student (JJW) included the following:

---

[3] While BLACKSTONE stated that JJW was expelled from school permanently, Georgia law provides that a Highschool principal can only suspend a student from school for a maximum of ten (10) days.

Level 2 – Other Serious Discipline Incident [not further identified] & Level 3 – Disorderly Conduct – Student was involved in an off-campus behavior, which could result in the student being criminally charged with a felony & which makes student's continued presence at school a potential danger to persons or property at the school and has caused a disruption to the education process on the campus of Glynn Academy on Friday, March 31, 2023 in violation of Behavior Code 24 (Other Serious Discipline Incident) and Behavior Code 06 (Disorderly Conduct.)

This charge is in violation of the Glynn County Board of Education policy JCDA, a copy of which will be delivered by the school social worker for your information. This offense having taken place March 31, 2023.

The notice contains no information as to the nature of the "Level 2- Other Serious Discipline Incident", nor did it contain any information as to the act or acts that constituted "Lever 3 - Disorderly Conduct."  It likewise contains no information as to the nature of the "disruption to the education process on the campus of Glynn Academy on Friday, March 31, 2023," or the offense "having taken place on March 31, 2023."[4]

22.    On April 17, 2023, at a public press conference, the Glynn County Police Department announced the arrest of JS and RN[5], two minors, EDWARD HOBBY, a 17-year-old adult along with CARLTON STROTHER and LAUREN STROTHER, the two parents present at the St. Simons Island home where the LEHRKAMP incident had occurred.  The law enforcement investigation disclosed that LEHRKAMP blacked out from the alcohol he voluntarily drank, that

---

[4] Extended efforts to determine the nature of the offense alleged to have occurred on March 31, 2023, met with negative results.  This effort ended with an email from Johnny L. Davis, Sr., Chief of Glynn County Schools Police Department, on November 27, 2023, stating: "The incident that occurred on March 31, 2023 was a result of community misconduct, therefore our department would not have been involved.  The initial event occurred in Glynn County Police jurisdiction.  The event caused a disruption on the Glynn Academy campus, but it was handled administratively."
[5] Although RM received a misdemeanor charge of battery incident to the March 21, 2023 incident and was adjudicated in the Glynn County Juvenile Court, he has been allowed to attend and continues to attend GCSD alternative school.

he had voluntarily consumed large amounts of alcohol, that he was not tortured, and that a large amount of misinformation had been spread on social media. The investigation by law enforcement officers and the District Attorney's office found that JJW was not involved in any criminal activity relating to this incident and completely exonerated him. Although he was not involved, because JJW appeared in one of the pictures posted on social media, and because his name was listed on social media, the misinformation pictured him as being involved and he was publicly accused, the law enforcement investigation notwithstanding.

23.    JJW's tribunal hearing was conducted on April 21, 2023. At the hearing, Defendant LT. ASHLEY WILLIAMS, Student Resource Officer, testified that JJW was involved in an off-campus incident, which possibly could result in him being criminally charged with a felony or misdemeanor depending on the outcome of the investigation.[6] She gave this testimony notwithstanding the fact that three days earlier the District Attorney and the Chief of the Glynn County Police Department had announced at a public press conference that as a result of their investigation, only three students and the two parents would be charged, all with misdemeanors. No charges were brought against JJW. By letter dated April 21, 2023, from Ms. Senetra Haywood, Executive Director, Glynn County Schools, Subject: Level 2 – Other Serious Discipline Incident & Level 3 – Disorderly Conduct, JJW 's mother was informed that:

> The tribunal panel found JJW GUILTY of the above referenced charge. Having found the student committed the violation as alleged in the notification letter, *JJW will be permanently expelled from Glynn County Schools for the remainder of his academic eligibility. Student WILL have the option to enroll in the Glynn Learning*

---

[6] Lt. Williams did not define the nature of the alleged conduct by JJW that could have resulted in him being criminally charged. (Transcript of Tribunal Hearing, P 11.)

*Center for the same duration. Failure to follow the rules of GLC will result in imposition of the original suspension expulsion. JJW WILL NOT be allowed to participate in the RESET Program for possible early return to base school.*

24.    On May 9, 2023, JJW's mother engaged the services of Kathleen Williams, Attorney at Law to represent JJW to appeal the decision of the tribunal. On May 10, 2023, by and through her attorney, JJW 's mother gave timely notice of her appeal of the tribunal's decision. By letter dated May 22, 2023, Senetrra Haywood, as Director of Tribunals, informed JJW's mother that the appeal of the Tribunal's decision would be conducted at the Board of Education meeting on June 1, 2023. In the interim, Ms. Williams and Assistant District Attorney Nigel Lush met with Defendant SPENCE and discussed the tribunal decision and the appeal. JJW's mother was not aware of this meeting, nor was she invited to participate in the meeting. On information and belief, during this meeting, Kathleen Williams negotiated a reversal of the tribunal decision conditioned on JJW's mother's agreement that JJW would not attempt to re-enroll in any Glynn County public school for the duration of his K-12 academic career. Thereafter on May 31, 2023, Kathleen Willams emailed a letter to JJW's mother requesting her signature agreeing to the letter in which it was agreed that JJW would not attempt to re-enroll in any Glynn County public school for the duration of his K-12 academic career should they [sic] need to further appeal the recent disciplinary tribunal's decision become moot. JJW's mother telephoned Ms. Williams to discuss the meaning of the letter, and after being pressured by Ms. Williams to sign the letter agreeing and approving it, she reluctantly did so and emailed the letter back to Ms. Williams. It is apparent that Ms. Williams transmitted the letter to Defendant SPENCE. A copy of the letter is attached

as Exhibit "A." At no time during this process did Ms. Williams speak or otherwise communicate with JJW, nor did JJW's mother discuss this with JJW prior to signing the letter.

25.    At 9:43 pm on June 1, 2023, Defendant SPENCE transmitted an email to Karthleen Williams, which stated:

> The tribunal finding of 'guilty' against [JJW] has been changed to 'not guilty' based on the new evidence that you presented. Ms. Haywood is preparing a letter to send to you in the morning. The referral will be removed from his disciplinary record as is our procedure with such matters.

26.    By letter dated June 2, 2023, Senetra Haywood informed JJW 's mother that:

> Dr. Scott Spence, Superintendent of Schools, overturned the decision of the tribunal panel concerning the consequence of permanent expulsion from Glynn County Schools. All administrative discipline sanctions will be removed from the student's record for this event.

27.    On August 3, 2023, JJW's mother went to Glynn Academy High School and attempted to enroll him for the current semester and was denied enrollment by the office staff. She attempted to discuss the denial of enrollment with MATTHEW BLACKSTONE, Principal of Glynn Academy. BLACKSTONE pled ignorance and told her she would need to take it up with the Superintendent. JJW's mother proceeded to the Superintendent's office where Defendant Superintendent SCOTT SPENCE waved the letter she had signed on May 31, 2023, in her face and told JJW's mother that "this is why he can't enroll." Enrollment of JJW was denied. JJW's mother attempted to enroll him in Camden County; she received no response to her telephone inquiry. She personally met with the Headmaster at Frederica Academy on St. Simons Island. Her follow-up phone calls received no response. As a result, JJW is now enrolled

in high school online through Imagine Learning Excellence Academy with a cost to date of

$6,100.00

## FIRST CLAIM FOR RELIEF
## FOURTEENTH AMENDMENT
## DECLARATORY AND INJUNCTIVE RELIEF
## 2 U.S.C. § 1983

28.    Article 8 § 1, ¶ 1 of the State of Georgia Constitution provides:

The provision of an adequate public education for the citizens shall be a primary obligation of the State of Georgia.  Public education for the citizens prior to the college or postsecondary level shall be free and shall be provided for by taxation. The expense of other public education shall be provided for in such manner and in such amount as may be provided by law.

29.    Section 20-2-768 (2022) of the Official Code of Georgia provides:

**Expulsion or Suspension of Students for Felonies; Alternative Educational System;**

a.  Each local board of education is authorized to refuse to readmit or enroll any student who has been suspended or expelled for being **convicted of, being adjudicated to have committed, being indicted for, or having information filed for the commission of any felony or any delinquent act under Code Section 15-11-602 and 15-11-707 which would be a felony if committed by an adult.**  If refused readmission or enrollment, the student or student's parent or legal guardian has the right to request a hearing pursuant to procedures provided for in Code Section 20-2-754. (Emphasis added.)

b.  A hearing officer, tribunal, panel, superintendent, or local board of education shall be authorized to place a student denied enrollment in a local school system under subsection (a) of this Code section in an alternative educational system as appropriate and in the best interest of the student and the education of other students within the school system.

c.  It is the policy of this state that it is preferable to reassign disruptive students to alternative educational settings than to suspend or expel such students from school.

30.    Ms. Anderson and JJW seek d**eclarative and Injunctive relief Under 42 U.S.C. §** **1983 for violation of JJW'S constitutional rights for the permanent expulsion of JJW from** **the Glynn County Schools.**

31.    Law enforcement investigation determined that LEHRKAMP had been to the residential home of where their minor son, JS, and a group of young people had gathered

The parents, who were present in the home at the time, were subsequently charged with maintaining a disorderly house and contributing to the delinquency of a minor. Two minors, present at the home, who are under the age of 17, were arrested in connection with the investigation, one charged with simple battery and criminal trespass, the other charged with possession and use of drug-related objects. EDWARD HOBBY, age 17, who was also present at the home on March 21st, was charged with simple battery and also arrested for his alleged role in a separate incident at the same home that occurred earlier on March 13th. All of the charges are misdemeanors.

## <u>SECOND CLAIM FOR RELIEF</u>
## <u>GEORGIA CONSTITUTION</u>

32.    DEFENDANTS violated JJW'S right to a public education.

33.    As a student, JJW has a Georgia constitutional right to a public education. Article 8 § 1, ¶ 1 of the State of Georgia Constitution.

34.    JJW'S constitutional right to a public education is personal to him and cannot be waived by another.

35.    The letter signed by Ms. Anderson could not operate as a waiver of JJW'S constitutional right to a public education.

### THIRD CLAIM FOR RELIEF
### FOURTEENTH AMENDMENT
### PRODECURAL DUE PROCESS
### 42 U.S.C. § 1983

36.     JJW has a right to notice of allegations and an opportunity to be heard before any disciplinary hearing.

37.     JJW had no notice of the allegations against him before his expulsion.

38.     JJW had no opportunity to be heard.

39.     DEFENDANT BLACKSTONE summarily suspended JJW without any notice or hearing.

40.     DEFENDANT BLACKSTONE and other DEFENDANTS deprived JJW of his constitutional right to a public education, notice, and  an opportunity to be heard before his expulsion.

### FOURTH CLAIM FOR RELIEF
### FOURTEENTH AMENDMENT
### SUBSTANTIVE DUE PROCESS
### 42 U.S.C. § 1983

41.     Ms. Anderson has a right to direct the educational upbringing of JJW.

42.     DEFENDANTS' actions unconstitutionally interfered with Ms. Anderson's right to direct JJW educational upbringing.

43.     DEFENDANTS' impermissible interference with Ms. Anderson's right to direct JJW educational upbringing violates her and JJW's rights to substantive due process.

## **PRAYERS FOR RELIEF**

For all of the above and foregoing reasons, LISA WRAY ANDERSON and JJW Plaintiffs in the above-styled case, pray that this Honorable Court:

1.     Submit this action to a trial by jury to determine damages to be awarded to the each of the Plaintiffs for pain and suffering caused by each of the named Defendants and for Declaratory and Injunctive Relief for the federal and state constitutional violations of JJW and Ms. Anderson;

2.  Submit this action to a trial by jury to determine damages to be awarded to JJW and Ms. Anderson for pain and suffering caused by each of the named Defendants for violation of their rights under the Georgia Constitution;

3.  Submit this action to a trial by jury to determine damages to be awarded to the each of the Plaintiffs for pain and suffering caused by each of the named Defendants for violation of their procedural due process rights protected by the Fourteenth Amendment to the United States Constitution;

4.  Submit this action to a trial by jury to determine damages to be awarded to the each of the Plaintiffs for pain and suffering caused by each of the named Defendants for violation of their

substantive due process rights protected by the Fourteenth Amendment to the United States Constitution;

5.  Submit this action to a trial by jury to determine damages to be awarded to JJW to reimburse him for the cost of his online schooling through Imagine Learning Excellence Academy.

6.  Enter an order declaring the letter from Kathleen Williams to Scott Spencer dated May 31, 2023, set forth in paragraph 23 above and attached hereto as Exhibit "A" to be null and void and directing the Glynn County School District to reenroll JJW as a regular high school student.

6.  Award punitive damages in an amount to be determined by a jury; and,

7.  For such other relief as the Court deems proper.

This 26th day of March 2025.

/s/James A. Yancey, Jr.
JAMES A. YANCEY, JR.
Attorney for Lisa Wray Anderson
and JJW
State Bar of Georgia No. 779725
Attorney at Law, PC
704 G Street
Brunswick, Georgia 31520-6749
Office: (912) 265-8562
Fax: (912) 265-8564
Email: jayjr@standinginthergap.biz

/s/Douglas W. Alexander
DOUGLAS W. ALEXANDER
Attorney for Lisa Wray Anderson and
JJW
State Bar of Georgia No. 008859
Lt Colonel, USAF (Retired)
Attorney at Law
109 Shore Rush Drive
St. Simons Island, Georgia 31522-1422
(912) 270-2258
Email: dugalex@comcast.net

## **VERIFICATION**

I am a Plaintiff in the foregoing Complaint. The foregoing Complaint is true and correct of my own knowledge, except to matters stated on information and belief; as to those matters, I believe them to be true and correct. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 26, 2025, at Saint Simons Island, Georgia.

*Lisa Wray Anderson*
LISA WRAY ANDERSON