AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

LISA WRAY ANDERSON, ET AL )
)
*Plaintiff(s)* )
v. ) Civil Action No. CV225- 050
THE GLYNN COUNTY SCHOOL DISTRICT, ET AL )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MATTHEW BLACKSTONE
Glynn Academy High School
1001 Mansfield Street
Brunswick, Georgia 31520-7349

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James A. Yancey, Jr.
James A. Yancey, Jr., Attorney at Law, P.C.
704 G Streetr
Brunswick, Georgia   31520-6749

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 03/27/2025                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

LISA WRAY ANDERSON, ET AL )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. CV225- 050
THE GLYNN COUNTY SCHOOL DISTRICT, ET AL )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MARCUS EDGY
GLYNN COUNTY SCHOOL DISTRICT
5505 Altama Avenue
Brunswick, Georgia 31525-2206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James A. Yancey, Jr.
James A. Yancey, Jr., Attorney at Law, P.C.
704 G Streetr
Brunswick, Georgia   31520-6749

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   03/27/2025                                         *Jamie Hodge*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

LISA WRAY ANDERSON, ET AL )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. CV225- 050
THE GLYNN COUNTY SCHOOL DISTRICT, ET AL )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GLYNN COUNTY SCHOOL DISTRICT
c/o DR. SCOTT SPENCE
5505 Altama Avenue
Brunswick, Georgia 31525-2206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James A. Yancey, Jr.
James A. Yancey, Jr., Attorney at Law, P.C.
704 G Streetr
Brunswick, Georgia  31520-6749

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   03/27/2025                              *Jamie Hodge*
                                                Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| LISA WRAY ANDERSON, ET AL <br><br> *Plaintiff(s)* <br> v. <br> THE GLYNN COUNTY SCHOOL DISTRICT, ET AL <br><br> *Defendant(s)* | Civil Action No. CV225- 050 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AUDREY GIBBONS
GLYNN COUNTY SCHOOL DISTRICT
5505 Altama Avenue
Brunswick, Georgia 31525-2206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James A. Yancey, Jr.
James A. Yancey, Jr., Attorney at Law, P.C.
704 G Streetr
Brunswick, Georgia  31520-6749

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 03/27/2025                            *Jamie Hodge*
                                            Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

LISA WRAY ANDERSON, ET AL

*Plaintiff(s)*

v.

THE GLYNN COUNTY SCHOOL DISTRICT, ET AL

*Defendant(s)*

Civil Action No. CV225- 050

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DARREN LANDINGUIN
Glynn Academy High School
1001 Mansfield Street
Brunswick, Georgia 31520-7349

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James A. Yancey, Jr.
James A. Yancey, Jr., Attorney at Law, P.C.
704 G Streetr
Brunswick, Georgia   31520-6749

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  03/27/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

LISA WRAY ANDERSON, ET AL )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. CV225-050
)
THE GLYNN COUNTY SCHOOL DISTRICT, ET AL )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JOHN MADALA
GLYNN COUNTY SCHOOL DISTRICT
5505 Altama Avenue
Brunswick, Georgia 31525-2206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James A. Yancey, Jr.
James A. Yancey, Jr., Attorney at Law, P.C.
704 G Streetr
Brunswick, Georgia  31520-6749

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 03/27/2025

*Signature of Clerk or Deputy Clerk*
Jamie Hodge

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

LISA WRAY ANDERSON, ET AL

*Plaintiff(s)*

v.

THE GLYNN COUNTY SCHOOL DISTRICT, ET AL

*Defendant(s)*

Civil Action No. CV225-050

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JERRY MANCIL
GLYNN COUNTY SCHOOL DISTRICT
5505 Altama Avenue
Brunswick, Georgia 31525-2206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James A. Yancey, Jr.
James A. Yancey, Jr., Attorney at Law, P.C.
704 G Streetr
Brunswick, Georgia   31520-6749

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 03/27/2025

*Signature of Clerk or Deputy Clerk* — Jamie Hodge

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

LISA WRAY ANDERSON, ET AL )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. CV225-050
THE GLYNN COUNTY SCHOOL DISTRICT, ET AL )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EADDY SAMS
GLYNN COUNTY SCHOOL DISTRICT
5505 Altama Avenue
Brunswick, Georgia 31525-2206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James A. Yancey, Jr.
James A. Yancey, Jr., Attorney at Law, P.C.
704 G Streetr
Brunswick, Georgia   31520-6749

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:   03/27/2025                                    *Jamie Hodge*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

LISA WRAY ANDERSON, ET AL )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. CV225-050
)
THE GLYNN COUNTY SCHOOL DISTRICT, ET AL )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DR. SCOTT SPENCE
GLYNN COUNTY SCHOOL DISTRICT
5505 Altama Avenue
Brunswick, Georgia 31525-2206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James A. Yancey, Jr.
James A. Yancey, Jr., Attorney at Law, P.C.
704 G Streetr
Brunswick, Georgia  31520-6749

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   03/27/2025                    *Jamie Hodge*
                                      Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

LISA WRAY ANDERSON, ET AL )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. CV225-050
)
THE GLYNN COUNTY SCHOOL DISTRICT, ET AL )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LT. ASHLEY WILLIAMS
Glynn Academy High School
1001 Mansfield Street
Brunswick, Georgia 31520-7349

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    James A. Yancey, Jr.
James A. Yancey, Jr., Attorney at Law, P.C.
704 G Streetr
Brunswick, Georgia   31520-6749

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 03/27/2025    *Jamie Hodge*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. CV225-050

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| LISA WRAY ANDERSON, ET AL <br><br> *Plaintiff(s)* <br> v. <br> THE GLYNN COUNTY SCHOOL DISTRICT, ET AL <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. CV225-050 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DR. HANK YEARGAN
Glynn Academy High School
1001 Mansfield Street
Brunswick, Georgia 31520-7349

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
James A. Yancey, Jr.
James A. Yancey, Jr., Attorney at Law, P.C.
704 G Streetr
Brunswick, Georgia  31520-6749

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  03/27/2025                                     *Jamie Hodge*
                                                     *Signature of Clerk or Deputy Clerk*