# In the United States District Court for the Southern District of Georgia Brunswick Division

LISA WRAY ANDERSON,            )
                               )
    Plaintiff,                 )
                               )
    v.                         )    CV 225-050
                               )
GLYNN COUNTY SCHOOL DISTRICT,  )
et al.,                        )
                               )
    Defendants.                )

## ORDER

Before the Court is a stipulation of dismissal, dkt. no. 7, wherein the parties who have appeared in this action notify the Court that they wish to dismiss all claims asserted against certain Defendants with prejudice. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of Plaintiff's claims against Defendants Marcus Edgy, Audrey Gibbons, Mike Hulsey, John Madala, Jerry Mancil, Eaddy Sams, and Dr. Hank Yeargan are hereby **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate these individuals as defendants in this matter. Plaintiff's claims against Defendants Glynn County School District, Dr. Scott Spence, Matthew Blackstone, Darren Landinguin and Lt. Ashley Williams remain pending.

SO ORDERED, this 3 day of June, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA