IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| LISA WRAY ANDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>GLYNN COUNTY SCHOOL DISTRICT, et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 2:25-cv-50 |

**O R D E R**

The parties filed a Joint Motion to Stay and seek to stay the parties' Federal Rule of Civil Procedure 26 discovery deadlines, pending rulings on Defendants' motion to dismiss. Doc. 19. Upon review, the Court **GRANTS** the Motion and **STAYS** the proceedings in this case, including discovery, pending resolution of Defendants' motions to dismiss. This stay shall lift automatically once the Court rules on the motion to dismiss, should any claims remain. The parties will then meet and confer within seven days of the ruling and file their Rule 26(f) report within seven days of the conference.

**SO ORDERED**, this 20th day of November, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA